**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SONIA VALLECILLOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cv-00910-PMP-LRL |
| v. ) | |
| ) | **O R D E R** |
| ANN TAYLOR STORE #2080, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The court is in receipt of plaintiff's Letter (#7) seeking elucidation on the status of her case. On August 23, 2010, the court denied plaintiff's Application to Proceed *In Forma Pauperis* and further dismissed without prejudice plaintiff's Complaint for failure to state a claim upon which relief can be granted. Order (#5). Plaintiff's Complaint alleged in essence that she had been wrongfully terminated from her job at Ann Taylor's. The court noted that plaintiff had filed her Complaint as a § 1983 civil rights claim but had not alleged any acts traceable to the state, as required by that statute. Accordingly, the Complaint was dismissed without prejudice to allow her an opportunity to file an amended complaint. Plaintiff was instructed to file an amended complaint to cure the deficiencies and to pay the filing fee not later than September 22, 2010 or her case would be dismissed. On September 20, 2010, plaintiff paid the $350 filing fee. She has not filed an amended complaint. The court will allow plaintiff a final opportunity to file an amended complaint.

Accordingly,

. . .

. . .

. . .

IT IS ORDERED that plaintiff shall file an amended complaint by April 4, 2011, or her case will be dismissed.

IT IS FURTHER ORDERED that the Clerk of Court shall file plaintiff's Amended Complaint when it is received.

DATED this 3rd day of March, 2011.

*[signature]*

**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**