**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SONIA VALLECILLOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:10-cv-00910-PMP-LRL |
| v. ) | |
| ) | |
| ANN TAYLOR STORE #2080, et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## REPORT & RECOMMENDATION

Plaintiff submitted an Application to Proceed *In Forma Pauperis* and a Complaint pursuant to 42 U.S.C. § 1983 (#2) on June 14, 2010. On August 23, 2010, the court denied plaintiff's Application to Proceed *In Forma Pauperis* and further dismissed without prejudice plaintiff's Complaint for failure to state a claim upon which relief can be granted. Order (#5). Plaintiff's Complaint alleged in essence that she had been wrongfully terminated from her job at Ann Taylor's. The court noted that plaintiff had filed her Complaint as a § 1983 civil rights claim but had not alleged any acts traceable to the state, as required by that statute. Accordingly, the Complaint was dismissed without prejudice to allow her an opportunity to file an amended complaint. Plaintiff was instructed to file an amended complaint to cure the deficiencies and to pay the filing fee not later than September 22, 2010 or her case would be dismissed. On September 20, 2010, plaintiff paid the $350 filing fee, but she did not file an amended complaint. The court thus issued an order on March 3, 2011, directing plaintiff to file an amended complaint by April 4, 2011, or her case would be dismissed. Order (#8). To date, plaintiff has not filed an amended complaint or any other paper.

. . .

**RECOMMENDATION**

Based on the foregoing, it is the recommendation of the undersigned United States Magistrate Judge that this case be dismissed with prejudice.

DATED this 20th day of June, 2011.

_____
**LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE**