UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SONIA VALLECILLOS, | 2:10-CV-00910-PMP-LRL |
| Plaintiff, | **ORDER** |
| vs. | |
| ANN TAYLOR STORE #2080, et al., | |
| Defendants. | |

Before the Court for consideration is Plaintiff Sonia Vallecillos' Application to Proceed *In Forma Pauperis* and Complaint (Doc. #2), filed on June 14, 2010. On June 20, 2011, the Honorable Lawrence R. Leavitt United States Magistrate Judge, entered a Report and Recommendation (Doc. #9) recommending that Plaintiff's case be dismissed with prejudice.

On August 23, 2010, Plaintiff Vallecillos was given instructions to file an Amended Complaint to cure the deficiencies and to pay the filing fee not later than September 22, 2010, or her case would be dismissed. On September 20, 2010, Plaintiff paid the $350 filing fee, but she did not file an Amended Complaint.

On March 3, 2011, the Court issued an Order (Doc. #8) directing Plaintiff to file an Amended Complaint by April 4, 2011, or her case would be dismissed. To date, Plaintiff has not complied with this Order (Doc. #8).

///

///

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and Local Rule IB 1-4 and determines that Magistrate Judge Leavitt's Report and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Magistrate Judge Leavitt's Report and Recommendation (Doc. #9) is **Affirmed** and Plaintiff Sonia Vallecillos' case is **DISMISSED** with prejudice.

DATED: July 11, 2011.

PHILIP M. PRO
United States District Judge